

**NUMBER 13-08-00709-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN THE MATTER OF M.D.M., A JUVENILE

**On appeal from the 25th District Court of Gonzales County, Texas Sitting as a Juvenile Court.**

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Yañez and Benavides
### Memorandum Opinion Per Curiam

Appellant perfected an appeal from a judgment entered by the 25th District Court of Gonzales County, Texas sitting as a Juvenile Court, in cause number 1333. Appellant has filed a motion to dismiss the appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 12th day of February, 2009.